USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 25 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

REGINALD MCMILLAN,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

------------------------------------x

ORDER

15 Civ. 2756 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's status conference, Sacks & Sacks, LLP's letter application to withdraw as counsel to Plaintiff Reginald McMillan, (ECF No. 45), is GRANTED. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
February 25, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge