UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Reginald McMillan,

                Plaintiff,

-against-

United States of America,

                Defendant.

1:15-cv-02756 (GBD) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via Telephone for a conference in the above-captioned matter on Wednesday, March 4, 2020 at 10:30 a.m. During the conference, the parties should be prepared to discuss the status of the case as well as the case schedule going forward. Defendant shall call the Court's conference line at 212-805-0110 once all parties are on the line.

The Clerk of the Court shall mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             February 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge